[No. 44198-5-II.   Division Two.   June 3, 2014.]

PACIFIC HIGHWAY PARK, LLC, *Appellant*, v. THE DEPARTMENT OF TRANSPORTATION, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-07370-7, John R. Hickman, J., entered October 23, 2012. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[No. 44707-0-II.   Division Two.   June 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN PRIETO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-01194-7, Stephen M. Warning, J., entered March 14, 2013. *Remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Lee and Melnick, JJ.

[No. 30764-6-III.   Division Three.   June 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN M. SWINFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 11-1-00039-8, Lesley A. Allan, J., entered March 30, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.

[No. 43909-3-II.   Division Two.   June 5, 2014.]

*In the Matter of the Detention of* E.J.S., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-6-00187-1, Mark L. Gelman, J. Pro Tem., entered August 20, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Worswick, J.